**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_Eastern_ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 0 5 2018
JAMES W. McCORMACK, CLERK
By: _____ LBee _____ DEP CLERK

CASE NO. 2:18-CV-96-JM

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Willie Hutcherson
ADC # 93873

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

This case assigned to District Judge Moody
and to Magistrate Judge Ray

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Pulaski County Public Defenders Administrator
Position: Administrators
Place of employment: County Administrator's Bldg
Address: 201 Broadway St - Site 210  LR, Ark 72201

Name of defendant: Steven W. Abed
Position: Current Former Public Defender

-4-

Place of employment: Gary Eubanks & Assocs

Address: 70F West 2nd St  LR, Ark 72201

Name of defendant: Terry Raney-Bell

Position: Assist Prosecutor Attorney

Place of employment: Prosecuroring Attorney Office

Address: 224 South Spring St - LR, Ark 72201

Name of defendant: Jerry Larkowski

Position: Attorney

Place of employment: ~~Isot~~ Public Defender County

Address: 1501 N. University Av - Suite 552 Little Rock, Ark 72207

II.   Are you suing the defendants in:

    ☐ official capacity only
    ☐ personal capacity only
    ☒ both official and personal capacity

III.  Previous lawsuits

    A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

    Yes ___   No ✓

    B.   If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        ☐   Parties to the previous lawsuit:

        Plaintiffs: _____

        Defendants: _____

☐     Court (if federal court, name the district; if state court, name the county):

_____

☐     Docket Number: _____

☐     Name of judge to whom case was assigned: _____

☐     Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐     Approximate date of filing lawsuit: _____

☐     Approximate date of disposition: _____

IV.    Place of present confinement: *Brickey Unit (EARU) P.O. Box 970 Marianna, Ark 72360*

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__X__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

   A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

        Yes _____   No __X__

   B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____  No ✗

If not, why? This is not a in forma Pauperis suit.

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Public Defender Steve W. Abed conspired with pretrial and various state officials to secure Hutcheson conviction. These intentional acts have subject Hutcheson to Involuntary Servitude, and that these individuals acted "under color of state law" to violated Hutcheson Thirteenth Amendment. The defendants also violated Arkansas law under A.C.A. 16-118-109 which is the The Trafficking Victims Protection Act of 2000, which bared slavery and Involuntary Servitude in 1865 which also violate federal law as well as the Thirteenth Amendment to the United States Constitutions. (See attachment for details)

-7-

VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments.  Cite no cases or statutes.

I want the court to award me five (5) million dollers, and any other relief I am entitled

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 18 day of June, 20 18.

Willie Hutcherson #93827
P.O. Box 970 - McGehee, Ark 72356
Will He #93827
Signature(s) of plaintiff(s)

-8-

In the month of September of 1998, an article picture Judge Humphrey on it's front page titled.

"Judge Battles Prosecutor Bias"

This article explain how the United States Attorney Paula Casey had arrested Judge Humphrey's jailor Dwight Bridges for expunging criminal records.

On October 7, 1998, Willie Hutcherson appeared before Judge Humphrey in his omnibus hearing, in which Public Defender Steve W. Abed was the attorney of record. At the time Mr. Abed was arguing a motion for sever because Willie Hutcherson was charged with having robbed four business, while Mr. Abed was talking about this motion for sever with the court, Willie Hutcherson tapped Mr. Abed on the arm and gave him the statements of Officer Cody Burk and Officer Linda Hudson.

The statements of Officer Cody Burk and Officer Linda Hudson, detail events that involve the Texaco on 9th and I-30 which Willie Hutcherson is alleged to have robbed at gun point, consequently through the statements tail a difference account in which it does not involve Willie Hutcherson.

2.

Officer Cody Burk state's he was at the Shell Station on 9th and I-30 when he notice three black males come from behind the Shell Station and go into their store, they then left and walked across the street to the Texaco on 9th and I-30 in which they stay a moment and then left. Shortly after these three black males left the Texaco Officer Cody Burk drove over to the Texaco because he stated he went to buy a soda, Officer Cody Burk said when he enter the store he notice the clerk on the phone crying talking to the police saying she had been robbed and the robber was wearing a "red jacket".

Officer Cody Burk got in his unmarked car called for back-up while he followed the three black males which lead to the Master Inn Hotel, while Officer Cody Burk and Officer Linda Hudson was talking outside the Master Inn Hotel one of the three black males came out and these Officer's detained him and question him about the where abouts of the other two black males, it was discovered that Joseph Handy told the Officer's that Zahemn Allen and Bobby Broadway was in room 504, the Officer arrested Bobby Broadway who was wearing the red jacket. The officer's then transported Bobby Broadway to the Texaco and release him to the Detective. Rusty King.

3.

So after Willie Hutcherson gave Public Defender Steve W. ABed the statements of these officers he read them, and ask Willie Hutcherson, "where did he get those statements," Willie Hutcherson replied, Out of my discovery, at this point Willie Hutcherson realize that Public Defender Steve W. ABed did not read the discovery, so Willie Hutcherson asked Public Defender Steve W. ABed how much time was the prosecutor offering, Public Defender Steve W. ABed stated "60 years."

After, Public Defender Steve W. ABed's motion for sever was denied, Willie Hutcherson was taken from the court room and lead into the holding cell waiting for other inmate's who were still in court, after these other inmate were taken to the hold cell all the inmate's were then lead back down stairs, while walking pass Judge Humphrey's court room Willie Hutcherson notice Public Defender Steve W. ABed and Deputy Prosecutor Terry Rainy-Bell setting on the bench Willie Hutcherson seen Public Defender Steve W. ABed give Deputy Prosecutor Terry Rainy-Bell the statements of Officer Cody Burk and Officer Linda Hudson, so when Willie Hutcherson seen this he stop and ask Public Defender Steve W. ABed why did he not give the statements of Officer Cody Burk and Officer Linda Hudson to the Judge, as soon as Willie Hutcherson said this Deputy Prosecutor Terry Rainy-Bell jumped up off the bench and run back into the court room.

4.

Willie Hutcherson realize that he had walked up on Deputy Prosecutor Terry Rainey-Bell and Public Defender Steve W. ABed doing wrong, and Willie Hutcherson realize that they was going to try and cover-up whatever wrong they had done, and Willie Hutcherson realize that he needed a witness because know one would believe he caught them doing whatever they where doing, so when Willie Hutcherson got back to the Cummin Prison the next day, Willie Hutcherson got the newpaper article and the extra copy he had of Officer Cody Buck and Officer Linda Hudson statements and went to the chaplin and talked to Chaplin Williams, in which Willie Hutcherson explain what he had seen and could the chaplin take this evidence to Judge Humphrey.

Chaplin Williams got on his computer and typed out what Willie Hutcherson witness and took it to Judge Humphrey, on the day of Willie Hutcherson trial Judge Humphrey recused from Willie Hutcherson case; this was October 27, 1999, that same day Public Defender Steve W. ABed asked to withdraw from Willie Hutcherson's case as well and attorney Jerry Laskowski appointed which lead to Willie Hutcherson being convicted of four aggregative robberies and sentence to 240 years in prison to be served in the Arkansas Department of Correction.

5.

The following are (12) questions that Plaintiff Willie Hutcherson would like to ask the Courts.

1. Did Public Defender Steve W. ABed and Deputy Prosecutor Terry Rainey-Ball actions constitute "under Color of State Law," that's explained in United States v Classic, 313 U.S. 299, 326, 61 S.Ct 1031, 1043, 85 L.Ed 1368 (1941)?

2. During the course of Willie Hutcherson's trial should Public Defender Steve W. ABed remained as the attorney of record?

3. Did Deputy Prosecutor Terry Rainey-Ball actions influence Public Defender Steve W. ABed to make the Public Defender's Office liable to satisfy the loophole in United States v Senak, 477 F.2d 304 (CA7) cert. denied, 414 U.S. 856, 94 S.Ct 157, 38 L.Ed 2d 105 (1973)?

4. Did Deputy Prosecutor Terry Rainey-Ball and Public Defender Steve W. ABed have a professional and ethical obligation to the Plaintiff Willie Hutcherson?

5. Did Deputy Prosecutor Terry Rainey-Ball and Public Defender Steve W. ABed commit a crime by attempting to cover-up their misconduct to protect the Texaco Inc, Little Rock Police Department and Channel 7 News from liability?

6.

6. Did Deputy Prosecutor Terry Rainey actions influence attorney Jerry Lackowski to intentionally misrepresent the plaintiff Willie Hutcherson?

7. Did the actions of Deputy Prosecutor Terry Rainey-Bell, Public Defender Steve W. ABed and attorney Jerry Lackowski actions constitute the plaintiff conviction invalid?

8. Based on your opinion should the Plaintiff Willie Hutcherson be released from prison?

9. Did Deputy Prosecutor Terry Rainey-Bell fail her obligation to continue to disclose what she discovered when Public Defender Steve W. ABed gave her the statements of Officer Cody Burk and Officer Linda Hudson while sitting on the bench outside Judge Humphray's courtroom. in accordance with the Arkansas Rules of Criminal Procedures 1 & 2?

10. Did Deputy Prosecutor Terry Rainey-Bell have a ethical obligation in accordance with the Model Rules of Professional Misconduct 8.3 which she fail to report Public Defender Steve W. ABed's intentional misrepresentation of plaintiff Willie Hutcherson?

11. Did Public Defender Steve W. ABed attempt to cover-up his misconduct by withdrawing as the plaintiff attorney?

7.  12. Did Deputy Prosecutor Terry Rainey-Bell ignore Plaintiff Fourth

Amendment Right in an attempt to cover-up Little Rock Police Department misconduct?

13. Based on your opinion is Judge Humphrey's credibility sound and solid?

14. Did the plaintiff satisfy the Fourth Amendment claim in *Alan Ramon v City and County of Denver*, Not Reported in F.Supp.2d, 2009 WL 3158135 (D. Colo).

The plaintiff ask this court if it could provide insight on a immediate solution because the plaintiff feels that his life is in imminent danger of serious physical injury due to the police involvement.

Respectfully Submitted,

Will H #53872

8.